JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DIRECTORS OF THE MOTION PICTURE INDUSTRY PENSION PLAN AND DIRECTORS OF THE MOTION PICTURE INDUSTRY HEALTH PLAN,<br><br>Plaintiff,<br><br>vs.<br><br>NU IMAGE, INC., a California corporation,<br><br>Defendant. | **CASE NO. CV 14-09927 CAS (CWx)**<br><br>[~~Proposed~~] **Order of Voluntary Dismissal Without Prejudice**<br><br>**[Fed. R. Civ. P. 41(a)(i)]**<br><br>**Judge: Hon. Christina A. Snyder** |

Based on the Notice of Voluntary Dismissal Without Prejudice by Plaintiffs Directors of the Motion Picture Industry Pension Plan and Directors of the Motion Picture Industry Health Plan, and pursuant to Federal Rule of Civil Procedure 41(a)(i) permitting voluntary dismissal of an action when such voluntary dismissal is noticed prior to service of either an answer or motion for summary judgment by the opposing party,

BUSH GOTTLIEB
500 North Central Avenue, Suite 800
Glendale, California 91203-3345

1     **IT IS HEREBY ORDERED** that the above-captioned action is dismissed
2 without prejudice.
3     IT IS SO ORDERED.

5 DATED: April 3, 2015

            */s/ Christina A. Snyder*
        HON. CHRISTINA A. SNYDER
        UNITED STATES DISTRICT JUDGE